**Andrew G. Patel**
Attorney-at-Law
The Trinity Building
111 Broadway, 13th Floor
New York, New York 10006
Telephone 212-349-0230

RECEIVED MAY 1 2 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

Fax 212-346-4665

By Facsimile

May 12, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08

The Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007
Fax No. 212-805-7917

**MEMO ENDORSED**

Re:   United States v. Charles Watts
      S2 07 Cr. 872 (RPP)

Dear Judge Patterson:

After speaking with Assistant United States Attorney Antonia M. Apps, I respectfully submit this joint request to adjourn the sentencing of Mr. Watts until Friday, May 16, 2008 at 11:00am. I have been advised by your Honor's Courtroom Deputy that this date and time are available.

Respectfully submitted,

Andrew G. Patel

cc:   Antonia M. Apps
      Assistant United States Attorney (By electronic mail)

*Application granted
So ordered
Robert P. Patterson
USDJ
5/12/08*