Bertha Watts
165 GlenShannon Dr
Columbia, SC 29223

January 9, 2008

Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    Charlie Watts
Indictment No. S2 07 Cr. 872 (RPP)

Dear Judge Patterson:

I am Bertha Watts the mother of Charlie Watts. My occupation is a CNA (Certified Nurse Assistant), it is one that does not pay well, but is rewarding in that I care for elderly people, such as myself. I am writing this letter, as I am not able to attend, as a plead for mercy, and leniency in the sentencing of my son Charlie. I miss him, and hope to see him again soon.

Though, I do not condone Charlie for the crime committed by him. I know that he has been the best father to his **two sons**, and the best son to me. As a child, and through to the present, I've never known him to be other than genuine in caring for others. Charlie grew up in the church, we attended Bible Studies, and church on Sundays. He graduated from High School here in South Carolina, attended College, and then listed in the military. Since returning from the military, he attempted to further his education by continuing college. Charlie enjoys sports, and has previously voluntarily devoted time to coaching youth basketball, and assisting with the coaching of football.

My son **Charlie** is a warm hearted loving "child at heart" young man. His sons need him to be with them, as he has been the primary guardian of his boys.

Respectfully yours,

*Bertha Watts*

Tab #1

Latoya Carr
14 West 119th St. #10
New York, N.Y. 10026

April 25, 2008

Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: Charlie Watts
Indictment No. S2 07 Cr.872 (RPP)

Dear Judge Patterson:

My name is Latoya Carr and I am a 26 year old mother, Registered Medical
Assistant and a part-time college student at Lehman College. I am currently enrolled in
the Adult Degree Program; which is a fast track to getting your Bachelors degree. I am
taking general requirement courses toward my major in nursing. I work at Affiliated
Physicians as a medical assistant and have been there for the last 4 years.

I have Known Charlie for 20 years. I know it sounds unreal but I met him through
other friends of mine when I was just six years old. We have always been close. When
we were younger I considered him to be more like a big brother that I never had. There
are so many instances that he has come to my aid that I could write you a book.

When I was in Junior High School some friends and I got into an argument with
some older kids (some of them boys). The situation escalated and threats were made. I
immediately went home from school and told him the situation. He came down to my
school the next day and confronted the boys. He talked to them, had them apologize for
the threats and walked me to school everyday after that until the issue was completely
resolved. He's just that kind of person. From that day forward we became closer and I
knew then that he was someone I could trust and depend on.

My last year in High School he enlisted in the National Guard reserves and I was
very proud of him. When he returned home I was Five months pregnant with my
daughter JayLynn. Her father was young like me and turned out not to be father material.
I guess Charlie already knew this and made it his business to be involved in my entire
pregnancy. Though he was not her biological father he went to appointments, made sure I
ate and even attend Lamaze classes with me. He filled a void not just for me but my
unborn child as well. He even asked if he could be her God-Father and I was honored.
After my daughter was born and her father and I parted ways Charlie stepped up to the
plate and became the father she didn't have. He raised her along with his two boys. It
was to the point that people didn't know that he was not her biological father. This gave
me a new found respect for him and changed the dynamics of our friendship into a
relationship.

This ordeal has been very hard on my daughter. Since his incarceration she has
had to move in with my mother. I work from 6am-2pm so I can't put her on the bus. My
mom has had to do that. Though my daughter loves her grandmother she would much
rather be at home. When I told her that he was going to be away for a while she cried.

$T_7 \downarrow \# 2$

The first time I took her to see him she cried hysterically. When she came to the realization the he wasn't coming home she broke down. She really hasn't been the same since. She just keeps saying she wants her dad to come home. This is how strong there bond is.

Six years later we are still together and he's just as involved in my daughter's life now as he was then. He is not only involved with my daughter and I he is also actively involved in the lives of my family members, mainly my mom and my two little brothers James and Ralph.

It has not been easy for my mom raising them but she has for the last couple of years or so had the help and support of Charlie. My brother James who was 18 at the time had gotten himself into some legal trouble. The first phone call that was made wasn't to my father but to Charlie and me. Charlie went to court with my mom, visited with my brother and even helped to bail him out. Once the ordeal was over Charlie became a mentor to my little brother and made sure that from that point on my brother kept himself on the straight and narrow. Charlie spent time with him, played football with him and encouraged him to seek gainful employment. They continue to be very close and my little brother considers him to be his big brother. He constantly seeks him for advice and approval.

Charlie also helps out with my baby brother Ralph who is 13 now and is best friends with his twelve year old son Charlie Junior. He treats Ralph just like he does his two sons. Wherever they go he goes, and whatever they get he gets. Summers are the best because he takes them all to the pool, the park and various other activities to keep them busy.

Charlie is a man that most men aren't today. He's loving, caring, considerate, honest, loyal, and compassionate and a wonderful man. He's a man that takes on the responsibility of others and never complains or asks for anything in return. I admire him so much. I'm glad he's in our lives and I am proud to his fiancée. I hope this letter paints a clear picture of the type of man he is and how important his family is to him. I pray that you will be just and fair and make the best decision you can. Charlie is the foundation of our family. He held things together at times when I couldn't. At this point and time I'm not sure how much longer we can stand without him. To quote a song by Luther Vandross "Our house is not a home" and it won't be until he's back home where he belongs. God bless.

Respectfully Yours,

Latoya Carr



# Promise Academy Charter School

A partner of



Harlem Children's
**Z O N E**

**BOARD OF TRUSTEES**
Kenneth Langone
   Chairman
Geoffrey Canada
   President
Mitch Kurz
   Treasurer
Stanley Druckenmiller
Arlene Gibson
Denise Nash
Dorlin Reyes
Madeline White
Alfonso Wyatt

Phyllis Siwiec
**Acting Superintendent**

Dennis McKesey
**Elementary School Principal**
175 West 134ᵗʰ Street
New York, NY 10037
Tel  212.368.3470
Fax 212.368.3621

Glen Pinder
**Middle School Principal**
35 East 125ᵗʰ Street
New York, NY 10035
Tel  212.534.0700
Fax 212.289.0661

Ms. Malkia Sonogod
175 West 134ᵗʰ Street
New York, NY 10031

January 25, 2008

Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:     Charlie Watts
Indictment No. S2 07 Cr. 872 (RPP)

Dear Judge Patterson:

    My name is Ms.Malkia Sonogod and I am Jaylynn Santiago's 3ʳᵈ Grade Teacher. I teach at Promise Academy –HCZ under the visionary Geoffrey Canada. Our vision is to educate the student, parents, family and community. We provide 30 different community organizations that provide numerous services to achieve this goal. We believe in the African proverb that "It takes a village, to raise a child". Mr. Charlie Watts is part of our village at Promise Academy I.

I have known Mr. Charlie Watts for 2 years now as an active step-parent for Jaylynn Santiago. He is one of my most active parents who is genuinely concerned for the overall well being of all the students in my class. He has volunteered and participated in many activities at Promise Academy I. He participated monthly in our "Dinner with Dads" activity, which is lead by Principal Dennis McKesey. He also participated and has volunteered in Parent-Teacher conferences.

Mr. Watts is known in our education community has being organized, efficient, extremely competent with an excellent ability to command leadership in his written and verbal skills. Mr. Watts is an important asset to his stepdaughter Jaylynn Santiago's' academic development and our educational village. If you have any questions or concerns, please feel free to call me at 212-368-3470.

Respectfully yours,

*[signature]*

Tab # 3



**Harlem Children's**
**Z O N E**

## PROMISE ACADEMY I ELEMENTARY CHARTER SCHOOL
175 West 134th Street
New York, New York 10030
(212)368-3470p          (212)388-3621f

### Dennis B. McKesey, *Principal*

January 29, 2008

Honorable Robert P. Patterson

United States District Judge

United States Courthouse

500 Pearl Street

New York, NY 10070

Charlie Watts

Indictment No.  S2 07 Cr. 872 (RPP)

Dear Judge Patterson:

Please allow me to introduce myself. My name is Dennis B. McKesey and I am currently the Principal of Promise Academy Charter School here in Harlem. I have served the Harlem community as a teacher, Asst. Principal and a Principal for more than 10 years. Throughout my tenure here in Harlem, I have had the extreme pleasure of working with many loving families.

Over the past three years, I have gotten to know Mr. Charlie Watts very well. I first met Charlie during one of our first parent teacher conferences held here at the school, as he was in attendance on behalf of his daughter Jaylynn Santiago. Mr. Watts' involvement with Jaylynn's education is commendable. He also attended other parent meetings here at the school such as "Dinner with Dads." During this activity all of the fathers and father- figures are invited to take part in an evening to discuss parenting issues and their child's education. During one of our session, I was made aware of the fact that Charlie was not Jaylynn's biological father. This was indeed a surprise to me because he never gave any indication that he was her step- father. His

$T_2 \delta \# 4$

love and support for Jaylynn and her education was indicative of a caring parent. Charlie usually kept in touch with me as well as her teacher on a consistent basis.

In my opinion, Charlie has always conducted himself in a very respectable manner in and around the school. Several months ago, Charlie approached me about assisting him develop a mentoring program for Harlem's youth. He and I have been discussing the state of today's youth for months and he has shown an interest in reaching out to Harlem's troubled youth. On several occasions, I have asked Mr. Watts' to help me design a school- wide project that would educate our young students here at Promise Academy about the dangers that they might encounter in the community. And, with his support I am pleased to announce that we currently have a violence prevention program that brings awareness to our students.

In my opinion, Mr. Watts is indeed a great parent as well as an amazing man of integrity and honesty. It is without reservation that I write to you on behalf of Mr. Charlie Watts. Feel free to contact me in person regarding the contents of this letter at (212) 368-3470.

Respectfully,

Dennis B. McKesey

Dante Miller
52 West 119th St. #10
New York, N.Y. 10026

January 31, 2008

Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: Charlie Watts
Indictment No. S2 07 Cr.872 (RPP)

Dear Judge Patterson:

My name is Dante Miller. I am a stay at home mother. I have known Charlie for 16 years. He is the father of my 2 sons, 11 year old Charlie Watts Jr. and 7 year old Pheonix Watts.

Although Charlie and I have not been involved in a romantic relationship for several years, we continue to raise our children together. Charlie was very active in all school activities. He regularly attended parent-teacher conferences. He was also an active member of the PTA. Charlie has always played a central role in our children's lives. He has been there for his children from their birth as well as every major event in there lives. He is also there for the everyday moments such as taking them to and from school and helping them with their homework. On the weekends the children stay with him to receive the extra one on one time that they need.

Charlie is an excellent father and someone I am proud to call my friend. I feel that he is extremely vital to the continual maturity, growth and development of his sons. I hope this letter aids you in making the best decision possible in this situation. I want to thank you for taking the time to read my letter.

Respectfully Yours,

Dante Miller

T93 #5

Sheila Jackson-Brown
52 West 119th St. #10
New York, N.Y. 10026

January 31, 2008

Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: Charlie Watts
Indictment No. S2 07 Cr.872 (RPP)

Dear Judge Patterson,

My name is Sheila Jackson-Brown. I am married to James Brown Jr. I'm a full time college student and an active member of my church, Reach Out and Touch Ministries Inc. I first met Charlie Watts when he was 13 years old, because he and my daughter were friends. At the age of 17 Charlie and my daughter Dante became romantically involved and had there first child together, Charlie Watts Jr. By 21 they had another son together Pheonix Watts. This young man embraced his role as a responsible father. Charlie never turned his back on his children. He is very well known in there schools. He attended nearly every parent-teacher meeting, and was very active in his sons' education.

Both of his boys are very mannerable, respectful, courteous and respectful. Every summer Charlie sends his sons' to South Carolina to stay with his mom. This also gives them the opportunity to not only be with his extended family but see a different surrounding and way of living. Every other weekend Charlie would have the boys' stay with him, his fiancée and there daughter (his step-daughter). Up until now Charlie has always been available when his children needed him.

This separation is very hard on both of his sons'; because of the close bond they share. I always admired the way he treated his sons' and his interaction with them. For four years Charlie lived with us during is time his youngest son was very young. I remember him being sick and I watched him pace back and fourth trying to comfort him. I said to him "if you could breastfeed you would." I am saying this to you to emphasize just how close he is to his sons'.

Charlie and I are very close. When he had a problem he would come and talk with me. When he was younger I gave him a scripture to live by, proverbs 16:32. This scripture helped him realize that strength lied in resistance. Still to this day Charlie and I quote and discuss scriptures. At this present time we write back and fourth and base a lot of our answers on scriptures from the "Good Book".

Your Honor, Charlie is a good man and if given the chance I truly believe that he will do his best to change his life for the better. I prayed to God on his behalf and now I am writing to you your Honorable Robert P. Patterson. Please consider giving this young

Tab #6

man a chance to prove he is worth mercy. I believe that whatever you do it will be just. Thank you for your time and attention.

Respectfully yours,

Sheila Jackson-Brown

James Brown Jr.
52 West 119th St. #10
New York, N.Y. 10026

January 31, 2008

Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: Charlie Watts
Indictment No. S2 07 Cr.872 (RPP)

Dear Judge Patterson:

My name is James Brown Jr. and I'm a 48 year old crane operator who is married to Sheila Jackson for 23 years. I am writing this letter on behalf of Charlie Watts Sr. who is the father of my 2 grandsons, Charlie Watts Jr. and Pheonix Watts.

I have known Charlie for over 16 years. He is a very caring and loving father who spends a lot of time with his children and is very involved with their education. He helps them with their homework, attends PTA meetings and any other function that involved the improvement of their education. He is a very good provider to his children and he makes sure their needs are met when he can.

He also shares his time with other community youth. He helps them with sports such as football and basket ball as well as academics and other life skills. Charlie has always been a well respected and respectful gentleman in my presence and with those he interacts with. He is a very important yet humble figure in our community.

Charlie has also lived in my home for a number of years and was very helpful in the day to day maintenance and up keep of my home. During the time he lived here he was very hands on with his children who were smaller at the time. At times you would think he was the "mother". He did the late night feeding, changing and putting to sleep. Once he left he made sure to maintain that same bond which he has with both of his sons today.

Charlie is really a good person. I know that if he was given the chance he could continue to be a great asset to his family, friends and society as well. I ask that you have mercy on him in your decision, and I trust that you will be lead by God. Thank you for you time and consideration in this matter.

Respectfully yours,

James Brown

James Brown

Tab #7

# THE COLLEGE OF NEW ROCHELLE    NEW ROCHELLE, NY 10805-2339

## GRADING SYSTEM

| | | |
|---|---|---|
| A+ | = 4.3 | AP = Advanced Placement |
| A | = 4.0 | AU = Audit |
| A- | = 3.7 | CP = CLEP |
| B+ | = 3.3 | I = Incomplete |
| B | = 3.0 | IN = Incomplete - No Contract |
| B- | = 2.7 | NG = No Grade Reported |
| C+ | = 2.3 | P = Passing |
| C | = 2.0 | **PL = Prior Learning Portfolio |
| C- | = 1.7 | R = Repeat for Higher Grade |
| D | = 1.0 | RC = Recommended Continue |
| | | (prep. course only) |
| F | = 0.0 | T = Transfer Credit |
| IF | = 0.0 | *V = Validation |
| **X | = 0.0 | W = Official Withdrawal |
| **IX | = 0.0 | WX = Unofficial Withdrawal |
| | | WV = Waived Requirement |

* Not Valid for SNR    ** Valid for SNR Only    *** Valid for SON Only

| COURSE NUMBER | COURSE TITLE | CR HR | CREDIT | PASSED | GRADE | QUALITY POINTS |
|---|---|---|---|---|---|---|
| | Fall 2007 | | | | | |
| LAS400AREC | CAREER INTEREST REVIEW | 2.0 | 0.0 | | WX | 0.000 |
| MAT100ARD3 | STATISTICS CC () | 4.0 | 0.0 | | WX | 0.000 |
| PSY730AREA | FAMILY THERAPY & COUNSEL | 6.0 | 0.0 | | WX | 0.000 |

Charlie Watts
14 West 119th Street Apt51C
New York NY 10026

**STUDENT NAME:** Charlie Watts

**STUDENT NUMBER:** 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    **CAMPUS:** 2P

**SCHOOL:** SNR

ANY QUESTIONS CONCERNING THIS REPORT MUST BE BROUGHT TO THE ATTENTION OF THE REGISTRAR, UPON RECEIPT OF THIS REPORT.

**GRADE REPORT**

Tab #8

James J. Washington II
75 Lasalle St. Apt. 10H
New York, NY 10027

Date: 4/20/2008

Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    Charlie Watts
       Indictment No. S2 07 Cr. 872 (RPP)

Dear Judge Patterson:

My name is James J. Washington II. I am a 2008 graduate of the College of New

Rochelle. I work for the Harlem Children's Zone Inc. a non profit organization that is

dedicated to the overall improvement of the lives of people in Americas most devastated

communities. I am the Program Coordinator for the Harlem Children's Zone Community

Center. I oversee programs that service members of the Harlem community from middle

school to adulthood.

I was first introduced to Mr. Charlie Watts Sr. in 2003 at P.S. 76 elementary

school. I worked as an assistant supervisor for the Harlem Children's Zone Peacemaker

Program that functioned within the school. Mr. Watts was very involved with his son

Charlie Watts Jr.'s education. I remember having conversations with him telling him

how I wish the other fathers were involved in their child's education. Mr. Watts attended

trips, volunteered at school functions and was respected within the school. Through

*Tab # 9*

conversations we discovered that we shared mutual friends and this is where our friendship began to develop.

Mr. Watts and I shared many things in common such as sports, craftsmanship and technology. I was thrilled when Charlie enrolled in the same college as me. We took a few classes together and I saw that Charlie was a great student as well. I remember we were taking a math class over the summer together. Math is not one of my better subjects. When I expressed this to Mr. Watts he took time to tutor me after class. Due to the help of Mr. Watts I passed the class with an A+. I appreciate the time that Charlie took to help me because this class was one of my final classes in order to graduate. My final grade point average was a 3.05. Without Charlie's intervention my grade point average would have fallen below a 3.0 and I would have had trouble getting into a master's degree program.

Within the past 5 years that I have been associated with Mr. Watts I have been able to get good insight on his character. He has been a fantastic friend, supportive classmate and a shining example of a good father. Upon Mr. Watt's release he will have a job working with me in the non for profit field. Mr. Watts is the type of upstanding individual that I can benefit from his inclusion on my team. Mr. Watts is an outstanding individual whom I will continue a friendship with and I look forward to adding a dynamic, intelligent, caring individual who will work wonders within my field.

Respectfully Yours,

James J. Washington II

# Honorable Discharge



from the **Federally Recognized Army National Guard**

*This is to certify that*

CHARLIE WATTS 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 PRIVATE HHB 151 FA BDE

*was Honorably Discharged from the*

# Army National Guard

*of* South Carolina

*on the* 30th *day of* August 2004 *This certificate is awarded as a testimonial of Honest and Faithful Service*

"This discharge does not relieve the individual named herein from any unfulfilled obligation to perform military service which may be imposed on him/her by law."





NGB FORM 55a   (Replaces NGB Form 55a, dated 1 Oct 83, which is obsolete)

Tab # 10

Tyiesha Davis
304 west 149th street. #6b
New York, NY 10039

12/22/07

Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Charles Watts
Indictment No. s2 07 Cr. 872 (RPP)

Dear Judge Patterson:

My name is Tyiesha Davis, I am currently employed at Morgan Stanley's Children's Hospital of New York, I am a Medical Unit assistant on the Neo-Natal intensive care unit, and I am also a Military veteran.

I have known Charlie for a number of years as a matter of fact we served in the same military training unit at Fort Jackson. Since the first time that we met Charlie's friendship and willingness to help has been invaluable to myself and my five year old daughter. I am a single mother who is currently going through a custody case with my daughter's father. This past year and a half has been difficult for me in many ways that would honestly take to long to explain, there where times that I didn't have the means to pay the rent or to put food on the table for myself and my daughter due to the cost of case lawyers and lost of wages for the days that I had to take off to attend court sessions,  when I needed a helping hand Charlie was always there. Charlie treated my daughter as if she were apart of his family.

Charlie is a very dedicated father as well as a very religious and spiritual person, He is dedicated to and respected by the people of his neighborhood. Charlie has shown people that you can never have enough knowledge by continuing to advance his current college courses and studies, and with the neighborhood mentoring program that he volunteers with Charlie has kept many young teens both male and female from becoming a product of society.

In ending I would like to thank you for taking time out to read my letter about my friend.

Respectfully Yours,

*Tyiesha Davis.*

Tab #11



**WESTON**

Samantha D. Anderson- Sikes
1127 Commonwealth Ave #2
Bronx, NY 10472

Date: 1- 21- 2008

Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    Charlie Watts
       Indictment No. S2 07 Cr. 872 (RPP)

Dear Judge Patterson,

My name is Samantha D. Anderson- Sikes and I am currently an Admissions Coordinator for Weston United Community Renewal Inc. I am also a USAF (United States Air Force) veteran, a Good Conduct Medal recipient, and a current National Deans List recipient from The College of New Rochelle, 2005- Present. I have known Charlie Watts for over fifteen years. We grew up together as kids and Charlie has always been very much like a brother to me if he wasn't chasing away boyfriends, he was helping me get focused in school. I am honored to call him my brother from the neighborhood and my military brother.

Charlie was one of the reasons I joined the Air Force. He spoke so highly of his experience in the Army that it made me seriously consider joining. Charlie joined the Army in Jan 1999 and while we never fought in any wars together I was elated to know that while I was in Japan during the 9/11 attacks Charlie was back home protecting our friends and families. Charlie received a Liberty Medal for his efforts during that tragic time. I've watched Charlie raise his two sons and my God daughter who he accepted as one of his kids after becoming involved with my best friend Ms Latoya Carr.

I attended The College of New Rochelle with Charlie up until the time of this unfortunate situation. Charlie was a student that was devoted to his studies and aiding his fellow students with their studies in a time of need. In the Air Force our code of conduct states "Integrity First" so I could not write these words about this man (my friend, my



**WESTON**

brother) in good conscience if I did not believe every word of it. Your honor I would be willing to place my very integrity and reputation on the line for Mr. Charlie Watts.

Your honor I know you have to take everything into account when it comes to making this decision and I respect how difficult it is but please take all that his friends and family has said into account before you decide this young man's fate. Regardless of the outcome I just wanted to say thank you for taking the time to read this and may God bless you.

Respectfully yours,

Samantha D. Anderson- Sikes

156-158 West 141 Street #2G
New York, NY 10030

April 6, 2008

Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Charles Watts
Indictment No. S2 07 Cr. 872 (RPP)

Dear Judge Patterson,

My name is Jennifer Bynes, I am a student at Lehman College in the Bronx, and I am studying Medical Office Administration. I have two, wonderful children, ages 9 and 15 months. God and my family are the most important things to me in my life, and I am very protective over my children. There are a lot of negative things in society today and I try to make sure that I expose my children to things that will have a positive affect on their lives.

This brings me to Mr. Watts, I have known Charlie for roughly 10 years or so, I am very close friends with his fiancée Latoya Carr. In the 10 years I have known Charlie I have grown to admire him, not only as a person, but also as a parent. He strives to be only the best man that he can. He served his country in the Military and is also bettering himself educationally, by pursuing his college degree. Charlie is the father of two amazing little boys, Charlie Jr. and Pheonix, along with that he is a wonderful stepfather to Latoya's daughter Jaylynn. To see the two of them together you would never know that she was not his biological child. For the time that he has been in both Latoya and Jaylynn's life he has done an outstanding job at taking on the responsibility of raising a child that biologically is not his. He has also become the man in both of their lives that they turn to for support, comfort and strength. That within itself tells you so much about his character. He provides a safe and loving home for Latoya and Jaylynn.

Charlie is the type of person that puts others before himself at all times. There is one time in particular that he really made that clear with me, I had been dating a young man for about two years, during this time the relationship turned in to an emotional and eventually physically abusive relationship. The entire time Charlie would always tell me how I deserved better, and so did my daughter. I was so special and I should never let any man make feel less than that. He always told me that I needed to better my life and break away from this guy, because he was only holding me back from becoming the woman he knew that I could be. It took a while to sink in, but I left and went back to school, and even today he still gives words of encouragement when I need them. I will always be grateful to him for that. This is why he is the godfather to my two children, he is one of the few people that I trust to take care of them, not only for his beliefs in god, but he is also of outstanding moral character. I only place my faith in people that I believe will positively benefit them.

I am not sure how much this letter will affect the ultimate outcome of Charlie's sentencing, but as a close and personal, I truly feel in my heart that he is so much more beneficial to everyone around him, especially his family at home.

Respectfully yours,

Tab # 13

Mark J. Kemper
82 West 119th St. #1
New York, N.Y. 10026

Jan.30, 2008

Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: Charlie Watts
Indictment No. S2 07 Cr.872 (RPP)

Dear Judge Patterson:

My name is Mark Kemper and I am a 20 year old parking attendant. I have been recently accepted into Syracuse University as a walk on freshman and will be attending in the fall. I have been playing football all my life but have been serious for the last 4 years and plan to continue throughout my college career. I am hoping to become a professional athlete after I obtain my bachelors degree in engineering.

I have known Charlie for about 10 years though we weren't always close he has always been someone I admired. Football our common interest is what brought us together. For the last 4 years he has been my football mentor. Since high school he has taken me under his wing and basically taught me the ends and outs of football, from the technical to the physical. He took time out of his schedule to personal train me. He helped me with calisthenics, drills and techniques to improve my game.

Charlie really influenced me to pursue something that was a childhood dream. I was caught up in hanging out on the streets and having no direction. The more time I spent with Charlie the more I came to realize there is more to life. He pushed me to finish high school and apply to different colleges that featured football teams. My dream school was Syracuse University where I would later be accepted. I honestly believe that if he didn't mentor and spend time with me, I don't know where I would be today. I hope reading my letter can help you to make the best decision possible in this situation. Thank you for your time and consideration.

Respectfully yours,

Mark Kemper

Mark Kemper

Inb # 14

Robert Pierce
113 Messer Street Fl 1
Providence, R.I. 02909

April 21, 2008

Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Charles Watts
Indictment No. S2 07 Cr. 872 (RPP)

Dear Judge Patterson:

My name is Robert Pierce; I am a 29 year old Hispanic man born and raised in El
Barrio (Spanish Harlem) by my mother and grandmother. I have recently graduated from
Johnson & Wales University in Providence Rhode Island in August 2006, with an A.S. in
Culinary Arts and a B.S. in Food Service Management. Johnson & Wales University has
pride it self with two things. The first, being one of the top Culinary and Hospitality
universities in the country. Second, offering an astounding statistic employment rate of
98% of all whom graduate are employed within six months. While attending Johnson &
Wales University I was asked to travel the country and enter in competitions on behalf of
the university. I am proud to be apart of Toastmasters International and Delta Epsilon
Chi (DEX/ DECA). In February, 2004 I received the Toastmasters International
Certificate Award for Outstanding Appreciation in Volunteer Work in Charleston, South
Carolina. The following year in April, 2005 I won the prestigious Outstanding
Achievement Medal in Hospitality while in Anaheim California.

In December, 2005 I was hired as a Team Lead of the Road Service department
for AAA of Southern New England serving more than 2.5 million members. On
December 31, 2007 I was hired as an Assistant Store Manager of a $1.9 million
McDonalds franchise store in Providence, Rhode Island. I have given myself the goal of
obtaining the title Director of Diversity for the Greater New England area, which, with
hard work and dedication I will achieve within the next five to six years.

Charlie Watts and I have been best friends well over twelve years. As youths we
participated in several local talents shows either dancing or modeling, we also attended
the same church located only a block from his mother's apartment. For us, the best part of
church was the singing. Our church had a fantastic choir and till this day, at least for me

*Trl # 15*

the best part of church is still the choir. I love the word of God, but there is something so captivating about gospel music, especially when an entire church is silenced by the voices of the choir penetrating right through your soul. After the hairs on our neck finally relaxed we were done, time to split. We would sneak out of church and go back to his house. Once at the apartment we played cards, watch television or just talk about whatever was on our mind. There were some Sundays that Charlie did not attend church service, but that didn't stop our ritual. I would still leave church after the choir sang, hang out at house for an hour or so, and managed to be back at church just as the service was letting out (almost like I never left). My mother finally got wind of what I was doing, but didn't seem to mind. My mother liked Charlie and knew that although I wasn't at church I was still in good company. Charlie is a lot like his mother, considerate, compassionate, loyal and great to talk with.

Growing up, I was sexually confused and had a lack of confidence about myself; I didn't know if I wanted to be with men or woman. I guess I liked whoever liked me. There was never a day or a situation where Charlie made me feel uncomfortable or ashamed of myself. He never once judged or made fun of me in a malicious way; I was never the bunt of his jokes. There were many times that we would joked about my sexuality, but it was all in good fun. He would always say "you're just greedy, you want it all" and we would laugh until our stomachs hurt. Instead of abandoning our friendship like so many others had, he was the opposite. Regardless of what I did behind closed doors, he was there for me and treated me like one of his boys. I never felt uncomfortable around any of his other friends; Charlie did not allow disrespect toward any of us, because of that we are all still friends, twelve years later.

Judge Patterson, when I decided to relocate and attend the Johnson & Wales University in Charleston, South Carolina, Charlie would drive up every weekend from Columbia, South Carolina to get me for the weekend and bring me back Sunday night. The drive alone to get me was an hour, but he never complained or hounded me for money. He would say "you owe me big time!" Charlie never ceased to amaze me; there was a brief period that I was put out for being attracted to men. I called Charlie crying and within minutes I had a place to stay. He had talked with his mother and I was allowed to stay with them for as long as I needed. Charlie is the type of son that would make any mother proud, he is the kind of father that his sons want to be when they get older, but most importantly Charlie is the true definition of a friend. I have looked up to him for

years and I still do. Regardless of his present situation, I still have the same respect for him now, which I have had over the past twelve years. In fact, I respect him more because he is willing to take responsibility for his actions.

Judge Patterson, in this crazy thing called life we have all made and will make mistakes, some of us learn from these mistakes and others never seemed to never get it. Charlie has two beautiful sons of his own and a beautiful step daughter who only knows him as her father. He loves and adores these children; he would give his life for any of them. As he would for any of his friends, that is just the caliber of a man that he is.

In closing, on his behalf, I ask that you please take this letter into consideration. Charlie Watts is a good man and although, he has made some mistakes. I truly believe that this extended time away from his children and all of us who he loves, has not only opened his eyes, but allowed him to appreciate life even more.

Respectfully yours,

Robert Pierce

Toi M. Frederick
280 E. 163rd Street #1
Bronx, N.Y. 10451

April 29, 2008

Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    Charles Watts
Indictment No. S2 07 Cr. 872 (RPP)

Dear Judge Patterson:

My name is Toi Frederick I am a 27 year old recently admitted attorney. I graduated from law school in 2006, I spent a year clerking in the E.D.N.Y. and currently work at a large firm in Manhattan.

I have know Charles Watts for 14 years. In those 14 years I have watched him grow into a mature and responsible family man. Charlie is a good friend and a devoted father, I often run into him on weekday mornings running errands with his children and dropping them off at school. Charlie is never without a kind word or warm smile and a picture of one the children to brighten your day. Charlie's friends and family, especially his children, love him very much and would devastated by a prolonged absence.

I ask that you keep all this in mind when reaching your sentence decision.

Respectfully yours,

Toi Frederick

Toi M. Frederick

Tab # 16

James H. Carr Jr.
23-27 West 119th St. #48
New York, N.Y. 10026

May 1, 2008

Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: Charlie Watts
Indictment No. S2 07 Cr.872 (RPP)

Dear Judge Patterson:

My name is James Carr and I am a 21 year old maintenance worker. I have been in maintenance for the last 3 years. I have known Charlie practically my whole life. He has not only been a friend to my but he's also been the big brother I never had. He has helped me in so many different aspects of my life from, school to work to football. Whenever I was in a jam he would always help me out the best way he could. He is someone I know that I definitely depend on.

About two years ago me and a friend were walking threw the park minding our business when we spotted a gun on the ground. I recalled that rewards were given for handguns turned in. We decide to pick it up and turn it in. Long story short on our way we were pursued by the police and arrested. I didn't want to worry my mom so I called him. He told my sister and my mom and came down to the police station with my mom who was hysterically crying. He assured her that thing would be fine. He did all of the communicating with the officers because my mom didn't know what was going on. He was there every step of the way. He visited me and even help to post my bail. He also went with my mom to court when my father wouldn't. He was very supportive of me and my mom throughout the whole ordeal. That type of support I can't ever repay.

Charlie gives me a helping hand in ways I never realized until now; he goes out of his way for me when I know he doesn't have to. I kind of took his guidance for granted, because I'm going through problems in my life that I know Charlie would normally walk me thru. I'm learning the hard way, because I can't just pick up the phone and call Charlie and ask for advice on things I can't get from my mom and sister. I try to write him, but I can't burden him with my problems knowing he's dealing with his own, but me knowing Charlie, he would probably act as if everything is regular and still give me the best advice that he could provide. I just spoke to him last week, I was asking him how he was doing, and all he wanted to talk about was the car I recently purchased.

When I really think about it, every time I speak to Charlie, all we talk about is me; he is a selfless person and that's a very rare trait where I'm from. People in this world are always looking out for themselves, and for good reasons. That's the way I always knew. Charlie changed my whole view on life and what it means to be a man. I would write 1 million letters if I had to, because I know Charlie would do the

*Tab #17*

same thing for me if I was in a jam. I've never written a character letter before, so I hope this can show you how powerful his influence is on me. He's my friend, my brother and my mentor. I pray he comes home soon.

Respectfully Your,

*James Carr*

James H. Carr

Ife Lee
1702 Dounton Street
Philadelphia, PA 19140

January 2, 2008

Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
~~New York, NY 10007~~

RE: Charles Watts
Indictment No. S2 07 Cr. 872 (RPP)

Dear Judge Patterson:

My name is Ife Lee, I am a MSW Social Worker working with children in
Treatment Foster Care. I am a mother and a highly educated and religious woman. I am a
person with morals and core values that I try to implement in my daily activities.

I have known Mr. Watts for about 6 months now and I do believe we have grown
close in this short period of time. We have acquired a friendship strictly based on
communication and spiritual connection. Mr. Watts is there when I need someone to talk
to, to help me see logic & reason when it is not clear, he is someone I can laugh with and
a shoulder to cry on when needed. We have shared religious views & teachings to guide
one another during our paths through our life cycle. Charlie is a friend that I can pick up
the phone anytime and he is there, I can call him crying but hang up the phone laughing.
We have a strong and uplifting friendship.

I know that Charlie is a family man and he loves his children with no end. He is
involved with his children emotionally, financially and spiritually. He spends time and is
there for those in his circle. He is an educated intelligent man that was raised with strong
values and has goals. One of the things I admire about him is that he always strives for
the best and refuses to allow anyone or anything defeat him. He maintains a positive
mind regardless of his situation or burden at the time. He empowers me as a friend to stay
strong and to continue striving for the best.

Respectfully Yours

Ife Lee, MSW

Ife Lee, MSW

Job # 18

# Mustard Seed Survivor Empowerment and Cultural Awareness (MSSECA) Foundation



April 9, 2008

Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Charles Watts
Indictment No. S2 07 Cr. 872 (RPP)

Dear Judge Patterson:

I am honored and privileged to write this letter of character on be half of Charlie D Watts. I have known Mr. Watts for eight plus years, both on a personal and professional level. I can attest to a man who is compassionate, giving and a caring individual, who is family oriented and very involved with the community. As a social worker in the City of New York, I experience the hardships and limitations faced by young men and woman in our community, who aspire to be successful in life. Mr. Watts is well on his way to exceeding such limitations, as he is passionate about obtaining higher education, and making a difference in his community.

Mr. Watts stands for empowerment and have contributed to the betterment of various communities, as he is a mentor, teacher and someone who cares about the future of our youth. On occasions, Mr. Watts have volunteered, giving up several weekends commuting to various neighborhoods in Brooklyn, partaking in outreaching to young adolescent males, who experience hardships at home, and do not have positive outlets.

Mr. Watts have presented himself as a positive role model, and often takes time out to listen and give advice from life experiences to the young males. Mr. Watts is a young respectable man who values his family, for I have observed his interaction and involvement with his children, and the quality of care and time he invests in their development and growth. Please consider his contribution, as he is a man of many talents and skills.

If you have any questions or would like to contact me please feel free to call me at (646) 261- 3798, as you have my full cooperation regarding Mr. Watts.

Sincerely,

Shanequa Mack, MSW
Co Director

2625 Atlantic Avenue 1st floor  Brooklyn, New York   *phone:* (718) 875-7411   *fax:* (718) 643-1840

Tab # 19

Prophet Orain A.C. Ming
Reach Out And Touch Ministries, Inc.
P.O. Box 982 NY, NY 10037

January 15, 2008


The Honourable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  Charles Watts
     Indictment No. S2 07 Cr.872 (RPP)

Dear Judge Patterson,

   Greetings in The Name of JESUS Christ our Lord!!! I pray this
correspondence finds you well. I am Prophet Orain A.C. Ming, one of the
Presiding Elders of Reach Out And Touch Ministries, a Church that services
the Community of Harlem. I am pleased to make your acquaintance via this
letter.

   The purpose of this letter is on behalf of Charles D. Watts, Sr. I have
known Charles for now growing close to a year, and have known about him
through his children and their maternal grandparents for the several years
said grandparents have been members of our Church. I came to meet Charles
when last spring these members brought Charles to the Church for Sunday
Morning Worship. During this initial encounter, Charles and I had quite a
long and fruitful conversation, during which I had the opportunity to hear his
concerns, and witness to Him about The Lord JESUS Christ. We conversed
here and there thereafter until his subsequent incarceration.

   I write to you on his behalf to beseech you to consider whatever leniency
the law allows and your conscience permits for one reason: for the sake of
his two sons. Charles is not a perfect person, nor has he made the best
decisions, or taken the best actions in his life, he is however a very good
father, one that has been a part of his children's life from the very beginning.
He is very active in their raising, and has been a good influence on them in
their growth and maturation. He is also fiscally responsible where they are

Tab # 20

concerned, and has been so on a daily basis, not just on birthdays and holidays, which is most commendable in this day and age, where men have to be forced to do so legally.

The reason I ask for such leniency in this case for the sake of Charles' sons is because of the contrition Charles has demonstrated to me in regards to his legal situation. He is sorry that it has separated him from his children and possibly set the wrong example of a citizen's proper interaction with the law, an example he is eager to amend in the hearts and eyes of his boys. Honestly sir, this is the part that concerned me the most, and that I was deeply seeking for in Charles, and I am happy to report that I did find it in him in all sincerity. Why? Because this is the very thing I believe that will prevent any future situations in both his life and his children. My concern is that such generational cycles are broken and destroyed in my community and in all others, and it begins one family at a time, and I believe we have a good chance at seeing it done in this family.

Judge Patterson, I thank for your time and attention in this matter. I have every confidence in the Mercy and Providence of our God, and in your Honour's conscientiousness, that the correct, fair, and just decision will be made regarding Charles, Sr., as it affects him, his children, and our community. I pray God's Grace and Wisdom for you in all your towering undertakings in the judicial interpretations and enforcement of our civil law. If I or our Church can be of any service to our great city and its courts in this due process, please do let us know, we will be glad to do so. Thank you again, and The Lord be with you and your family; our prayers are with you.

Respectfully yours,

Prophet Orain A.C. Ming

Raymond Jordan
165 GlenShannon Dr
Columbia, SC 29223

April 21, 2008

Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    Charlie Watts
Indictment No. S2 07 Cr. 872 (RPP)

Dear Judge Patterson:

I am Raymond Jordan a father figure to Charlie Watts. I retired from the city of
New York as an accountant. I worked as an accountant for New City for Twenty-two year before
I retired because of disability. I meet Charlie twenty-two years ago, and later became a father figure to him.
In 1995 we moved to South Carolina where Charlie attended high school. After finishing school, Charlie returned
to New York, and start his own family. I believe Charlie to be a good young man.

Though, I do not condone Charlie's action, please make it possible that he has an opportunity to
rise his sons, and to help guide them down through life's obstacles.

I consider Charlie as my son. Being disabled, Charlie would come from New York to check on me,
and to assist me when possible. He also was a role model to some of the younger children in his community.

Respectfully yours,

Raymond Jordan

Tab # 21

Randy J. McPherson
54 West 119th St. #1
New York, N.Y. 10026

May 3, 2008

Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: Charlie Watts
Indictment No. S2 07 Cr.872 (RPP)

Dear Judge Patterson:

My name is Randy McPherson and I'm a night cleaner at the LaGuardia Marriott, I've been there for 17 years. I'm a family man with a wife and 2 children. I've known Charlie for about 13 years and we've live in the same area. For a long time we've played sports in the park together and we also play John Madden's football game for Playstation 2. We occasionally hang out together at parties from time to time.

Charlie is a very good friend and a kindhearted person and there are so many examples of kindness that he has shown me throughout our friendship. Last August my wife and I renewed our wedding vows. My mother, Goergena is an elderly, heavyset woman who uses a walker. She uses access-a-ride to get back and forth to work due to her disability. The day of the renewal ceremony Charlie made sure my mother came and went as she pleased without any issues and without anyone asking him to. He's just that type of person.

Charlie even had a positive influence on my son Timothy. At the time Charlie was a top prospect cornerback in football. Several teams invited him to there workouts and camps. When Charlie and I would talk about it, my son would listen and it made him want to play football. Shortly thereafter he joined the Abyssinian Football team. Timothy brought home the M.V.P and player of the year trophy 4 years in a row.

Charlie also took the time to personal train me. He helped me to lose and keep off 37 pounds by pushing me to eat right and exercise. I went from 330 pounds to 293 pounds and I've kept it off for the last 3 years. Since then I continue to eat right and exercise 3 times a week.

Your Honor Charlie is a great man and an even better friend. He has been a wonderful influence in the lives of my family and I. He's not only a great influence on me but everyone and anyone who comes into contact with him. Please try not to keep him away from us for too long because he is deeply missed.

Respectfully Yours,

Randy McPherson

Tab #22

Pelodi Lamisere
173 West 107th Street
New York, New York 10025                                    1/9/08


Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    Charles Watts
Indictment  No. S2 07Cr.872 (RPP)

Dear Judge Patterson:

My name is Poledi Lamisere. I am an African-American male who has been employed as
a loader and most recently as a driver for UPS for over 9 years. I am single and have no
children. I am the 4th of five siblings and am a devoted and loving uncle to my 7 year old
niece.

I have known Mr. Watts (Charlie) since junior high where we were introduced by mutual
friends. Charlie and I went on to attend the same high school and became very close
friends. Because of our close friendship, over the years I have been able to see Charlie in
all aspects of his life. He is a good friend, a caring son and a very loving and devoted
father to his children.

Charlie has two sons and a stepdaughter. He adores his children and they are crazy about
him. Having hung out with Charlie for so many years it has been something to see him
change from being your typical single guy to a devoted parent.  In fact, Charlie became a
stay at home Dad and full time student after moving in with LaToya and Jaylen. He
gladly took on that role when it became apparent that this would make the most sense for
his family's well being. While his two sons do reside with their grandmother, it does not
stop Charlie from being a daily presence in their lives. He would do anything for his
children and he is totally hands on with them.  I've seen him do homework with them,
take them to the park, and he is forever teaching them about manners and respect. There
have been several occasions when I have asked Charlie to go out and he would say no
without regret because he was with his kids.

Your honor, I am aware of the seriousness of the charges Charlie faces and would not
write this letter unless I was confident about the type of person he is. I write this letter on
behalf of Charlie and his children and ask for leniency. I implore you to consider

Tab #23

Charlie's children in your decision. His disappearance from their lives would be traumatic. He is an important guiding force in the lives and a necessary role model.

Respectfully yours,



**Harlem Children's ZONE**

**PRESIDENT/CEO**
Geoffrey Canada

**BOARD OF TRUSTEES**
Stanley F. Druckenmiller
  Chairman
Matthew C. Blank
  Secretary
Mitch Kurz
  Treasurer
Gary D. Cohn
Zoe Cruz
Joseph DiMenna
Joe Gregory
Mark Kingdon
Kenneth G. Langone
Sue Lehmann
Marshall J. Lux
Richard Perry
Raj Rajaratnam
Laura Samberg
Steve Squeri
Jeffrey B. Swartz

**CENTERS**
**Booker T. Washington Beacon**
M.S. 54
103 West 107th Street
New York, NY 10025
212.866.5579
**Community Pride**
157 West 122nd Street
New York, NY 10027
212.932.1920 (CP)
**Countee Cullen**
**Community Center Beacon**
271 West 144th Street
New York, NY 10030
Tel: 212.234.4500
**Employment & Tech. Center**
304 West 117th Street
New York, NY 10026
212.369.5912
**Family Development Prog.**
689 Lenox Avenue
New York, NY 10039
212.234.6714
**Family Support Center**
207-211 Lenox Avenue
New York, NY 10027
212.666.7390
**Harlem Children's Zone**
**Community Center**
35 East 125th Street
New York, NY 10035
212-543-0700
**Harlem Gems**
P.S. 149/207
41 West 117th Street
New York, NY 10026
212.876.0633
**Harlem Peacemakers**
1916 Park Avenue, Suite 212
New York, NY 10037
212.234.6200
**Head Start**
60 West 117th Street
New York, NY 10026
212.369.3577
**Midtown Family Place**
457 West 51st Street
New York, NY 10019
212.315.1707
**The Baby College**
2037-39 7th Avenue
New York, NY 10027
212.665.9832
**Truancy Prevention and**
**Project CLASS**
309 West 134th Street
New York, NY 10030
212.281-7000
**TRUCE and TRUCE Fitness &**
**Nutrition Center**
147 N. Saint Nicholas Avenue
New York, NY 10026
212.663.0555
212.864.7159 (TFNC)

Monday, January 14, 2008

Re: Charlie D. Watts Indictment No. S2 07 Cr. 872(RPP)

Dear Judge Patterson:

The purpose of this letter is to provide a character letter reference for Mr. Charlie D. Watts whom I have known as a classmate, and a friend for a period of fifteen years.

I first met Charlie in the park during a pick up game of basketball. We were both pretty good athletes and became acquainted through a number of common peers. For that reason, having gotten to know Charlie so well over the years I believe puts me in a position to provide you with a pretty accurate assessment of his character.

As a student, Charlie was hard-working and highly committed to his education. I believe that his transcripts will attest to that. In addition he was quite involved in a number of extra-curricular activities including the basketball team and the school newspaper. Outgoing, and always willing to help someone out, Charlie was very popular with his fellow students. During our years at summer school we maintained an ongoing friendly rivalry on the basketball court.

As a friend, Charlie Watts is a standout guy. He is loyal, considerate, and a supportive individual who has the ability to see and understand things from another person's perspective. He likes to have fun too. All in all, I would have to say that Charlie Watts is a fine, well-balanced person with an abundance of positive qualities.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Bernard Washington
Volunteer Coordinator

35 East 125th Street
New York, NY 10035
Tel 212.534.0700
Fax 212.289.0661
bwashington@hcz.org

Tab #24

Diane Keith
2 East 127th Street
Apartment # 2N
New York, NY 10035                                    May 5th 2008


Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

                                        Re: Charles Watts
                                        Indictment No.
                                        S207CR.872 (RPP)


Dear Judge Patterson:
My name is Diane Keith, and I work at Citizen's Care Daycare Center #3 as a Group
Teacher. I am also a Missionary at Child's Memorial Temple Church of God in Christ. I
graduated from the College of New Rochelle in May 2004 with a Bachelor Degree in
Liberal Arts. I am currently pursuing a Master Degree in Early Childhood Education. I
am a wife and a mother of two beautiful young ladies.

I have known Charles Watts for about fifteen years of his life. I claim him to be my son.
In those fifteen years he has been a dependable, loving and caring, young man. When my
daughter Iesha graduated from basic training in Fort Jackson South Carolina, Charles
drove down to be with our family, and when my daughter Tiffany began dating she
would always introduce her date to Charles to get his brotherly approval. Charles also
came to the Daycare Center to pick up his Godchild. Children always attach themselves
to Charles because he always takes time with them.

I am sorry that Charles is in this position, but I am praying that everything will work out
for him because we love him and he has so much to offer to the community and his love
ones.


Respectfully Yours
Diane Keith


Tab #25

Renardo Pope
150 W. 141 St. #5A
New York, N.Y. 10030                                    January 29, 2008


Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

                          Re:    Charlie Watts
                                 Indictment No. S2 07 Cr. 872 (RPP)

Dear Judge Patterson:

          My name is Renardo Pope. For a living I currently serve as an

After-school Director at New Song After-school Program. Outside of my profession, I

physically train people in my local community to help fight against obesity which affects

our youth today.

          Charlie Watts has been a good friend of mine for approximately

four years. Charlie and I became aquainted at a professional football workout in 2004.

From my knowledge Charlie has a great character and he conducts himself well around

people and his community, Mr. Watts is a family oriented man. He is a loving father who

is raising his two sons and step daughter to have respect for themselves as well as other. I

have known Charles to have a positive outlook on life and everything it's has to offer.

Charlie and I have shared the same common goals such as business ventures, one of

Charlie business plans was to open a gym for troubled youth to keep them out of harm's

way. Hearing the idea moved me. Growing up, there weren't many facilities around to

take of advantage of during free time, Charlie and I also started a video game tournament

for the youth in our community which turned out to be successful. Lots of children

showed up with their parents to the event that Mr. Watts and myself had organized, prizes

*Tab #26*

were presented to all the of the participants and trophies were presented to the finalists and the winners. This occasion was significant to him as well as myself because it gave the children a sense of confidence within themselves. Also he felt the affair would bring the families closer together. This was a goal that Charlie envisioned and it came to life successfully.

Charlie has conducted himself in a selfless manner and revered himself as a charitable and contagious man in a positive way. Charlie Watts is a very religious man that puts God in front of all things it would be a pleasure to work with Charlie Watts again I am proud to be his colleague and good friend.

Respectfully yours,

Renardo Pope

# P.S. 76 ASA PHILIP RANDOLPH

*School for the Humanities*

**220 West 121st Street • New York, NY 10027 • Tel. # (212) 678-2865 • Fax # (212) 678-2867**

| **Charles DeBerry** | **Marie Vallon** | **Neema Sutton-Coker** |
| Principal | Assistant Principal, IA | Assistant Principal, IA |

To:     Honorable Judge Robert Patterson
From:  Charles DeBerry
RE:     Charlie Watts Sr.

January 24, 2008

Honorable Judge Patterson,

I had the good fortune of meeting Charlie Watts after I became principal of PS 76. I was impressed by his desire to help children and to accept volunteer responsibilities and duties without hesitation or reservation when called upon to assist his children's classes.

 Mr. Watts has shown me that he cares for the children in our building and I have concluded that he is dedicated to making a positive impact on children based on my many conversations with him.

Charlie seeks to be a role model for the students in our educational community. He takes this role very serious and demonstrates it on the days he interacts with staff and students as he comes to assist teachers on class trips. It is my pleasure to provide him with this character reference as I feel I have gained from the opportunity to have known him and worked with him.

Please feel free to contact me if you have any questions or concerns.

Respectfully yours,

Charles DeBerry
Principal

Tab #27

Miranda M Singleton

1401 A Farrington Way

Columbia, SC 29210

March 30, 2008

~~United States District Judge~~

United States Honorable Robert P. Patterson

Courthouse

500 Pearl Street

New York, NY 10007

Re: Charlie Watts

Indictment No. S2 07 Cr. 872(RPP)

Dear Judge Patterson,

My name is Miranda Singleton, I am a single working mother. I currently reside in the state of South Carolina. I am employed with Verizon Wireless and a graduate student at the University of South Carolina. I am also a volunteer with the Big Brothers Big Sisters as well as with a local organization called My Sister's House, a place for battered women and their families.

I have known Mr. Charlie Watts for quite a while. Mr. Watts has been a very good friend to me and I truly and honestly value the friendship that I have with Mr. Watts. I have gotten to know him in many ways and he has been a blessing to me and my two year old daughter. Mr. Watts has played a significant role in the both of our lives. He is one of the most honest and dependable persons I have come across in my lifetime. I could say that in my most desperate times of need, Charlie has been there for me and my daughter when members of my family could not. Mr. Watts is an individual that would give you his last even if that meant he would have to do without. Although, we may live several states away he is always there when I need him. There has never been a time that I can remember him being a disappointment to me.

He is also an incredible father to his children. He plays a huge role in their lives. He's always spending time with his children taking them places like Disney World and just providing for them in general. He strives to be the best father and role model that he could possibly be for his children.

It is evident that he is truly a great individual not only in my eyes but as well as the members in his family, his circle of friends and anyone else in his life who has come in contact with his caring and warm spirit. I am going to end this letter by saying that I would love to see Mr. Watts recover from this experience and return to his community because I feel that he can be a positive influence on others as well as a major contribution to society as a whole. Mr. Watts has so much knowledge and love to share it should not go to waste.

Respectfully yours,

Tab #28

Tiffany Keith
2 East 127 Street Apt 2n
New York, N.Y.  10035


April 21, 2008


Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007


Re: Charlie Watts
Indictment No. S2 07 Cr.872 (RPP)

Dear Judge Patterson

My name is Tiffany Keith, I am 19 years old and I am a student at Herkimer County Community College. I am in my second Year of college and I plan to transfer to SUNY Buffalo. I currently hold a position on the Deans List and also a Resident Assistant for the campus. When I am done with school I aspire to become a Public Relations consultant.

I have Known Charlie Watts for 17 years, I consider him my brother. Charlie went to Junior high school with my sister and is a good family friend. Over there years he has been there to help me through many obstacles of my life. I always knew he was there if I needed advice or just a shoulder to cry on.

One time that really stuck out to me was a time when I needed to get back to school from my summer vacation, although Charlie was busy he still offered to help me. He found time in his schedule to take me three hours out of his way to school. There was so much he had to do but yet he found the time to do it for me

Another time I can remember was when I was discouraged about school and was thinking about taking a semester off, he encouraged me to keep going and not to let anything get in my way of my success.

He also set a good example for his children by being there for them and proving that all men don't run away from their responsibilities. The way her interacted with them just proved that he was doing all that he could to raise them the right way. My mother is a daycare teacher and I would spend a lot of time at her job, I remember Charlie coming there and picking up his step daughter from school. My mom would always make jokes because she practically raised Charlie. She would always say "boy I

*T₄§ #29*

never thought I would see this day". She had realized that he had matured into a responsible man

      Charlie has done many things for me in my life and continue to offer his advice and wisdom to me. If he is convicted I will be missing a friend and a brother. Although I will still be able to write him, he wont be there when I need a shoulder to cry on or to help me continue to grow and mature

                    Respectfully your,

                    *Tiffany Keith*

Joy Frederick
60 woodland Ave
Newark NJ, 07103

April 29, 2008

Honorable Robert P. Patterson
~~United States~~ District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    Charles Watts
Indictment No. S2 07 Cr. 872 (RPP)

Dear Judge Patterson:

My name is Joy Frederick and I am a 30 year wife and mother and lifelong friend of Charles Watts.

Charles Watts and I were blessed to meet in High School 17years ago. In those 17 he has remained a dear and valued friend. I have watched him grow into a mature and responsible family man. Charlie is a cherished friend and a devoted father he has prided himself in being an active force in his children's lives (not the norm for many a young fathers today) and subsequently has raised beautiful and productive children. Charlie is an honorable man with an unparallel capacity for love. Charlie's friends and family, especially his children, love him very much and would devastate by his prolonged absence. His presence in my life was and enriching gift I sincerely hope my children get the opportunity to experience.

I ask that you keep all this in mind when reaching your sentence decision.

Respectfully yours,

Joy S Frederick

Tab # 30

Matthew M. Fonson
270 Clifton Place
Brooklyn, N.Y. 11216


Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

April 5, 2008

Re: Charlie Watts
Indictment No. S2 07 Cr. 872 (RPP)

Dear Judge Patterson:

Dear Judge Patterson:

I am honored and privileged to write this letter of character on behalf of Charlie
D. Watts. I have known Mr. Watts for three plus years, both on a personal and
professional level. I have seen for myself that Charlie is a person with a great heart and
warm spirit who is giving, compassionate, and a caring individual who is family
oriented and very involved with the community. As a songwriter and producer emerging
and developing in New York City, I can attest to the hardships and struggles one will face
both personally and professionally. Sometimes it can be a draining and emotional
experience, where your spirits can dwindle and be in need of encouragement in day to
day life. Mr. Watts has been helpful in guiding me and giving me advice in order sustain
in this chaotic world.

Mr. Watts represents an uplifting and motivating person that has contributed to
the betterment of the community, as he is a mentor, teacher and someone who cares about
the future of our youth. Mr. Watts is a man who values his family, for I have observed his
interaction and involvement with his children, and the quality of care and time he invests
in their development and growth. I feel that Charlie has shown more then once through
working with the community, his clients, and his family that he is instrumental in
inspiring many to be better people and pillars in our community. Please consider his
contribution, as he is a man of many talents and skills.

If you have any questions or would like to contact me please feel free to call me at
(646) 673-2363, as you have my full cooperation regarding Mr. Watts.

Respectfully yours,

Matthew Fonson, Songwriter and Producer

Tab # 31



**AFFILIATED PHYSICIANS**  *www.affiliatedphysicians.net*
18 East 48th Street, 2nd Floor, New York, NY 10017   Tel (212) 935-8725 Fax (212) 935-2873

March 1, 2008

Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:  Charles Watts
      Indictment No.  S2 07 Cr. 871 (RPP)

Dear Judge Patterson:

The purpose of this letter is to provide a character reference for Mr. Charles Watts whom I've known for approximately 5 years.

I first met Charlie when he came to my place of employment to pick up his girlfriend, Ms. Latoya Carr. We immediately began having discussions about being business and education. These conversations continued over the years and more in depth.

Accordingly, having gotten to know Charlie so well over the past few years, I believe puts me in the position to provide you with a pretty accurate assessment of his character.

As a student, Charlie is hard working and highly committed to his education.  I believe that his transcripts will attest to that fact. He understands the importance of education and
On several occasions he's had discussions with my husband about doing an internship at his place of business. He has never been afraid of hard work and truly understands the importance of it.

As a person, Charlie is a standout.  He is loyal, honest and very considerate individual who is mature beyond his years. One thing that stands out to me is the relationship he has with his step daughter.  His love for her has no limits.  I know that he plays a very significant role in her life.  I know on several occasions he's there to take her to school in the morning and won't hesitate to help her with homework in the evening.

Another important thing I would like to add is his relationship with his girlfriend, Latoya Carr. He treats her with the utmost respect and is always a gentleman. He has changed her life in many ways, for the positive.  He played a very important role in Latoya returning to College. What a positive influence he has been to her!

*Tab #32*

To tell you the truth, I really can't think of anything of consequence on the negative side of the personality ledger when it comes to Charlie. All in all, I would have to say that Charlie Watts is a fine, well balanced person with an abundance of positive qualities.

Respectfully yours,

Tisha Gaines
Director, Clinical Operations
Affiliated Physicians
18 East 48th Street
New York, NY 10017
Tel: 212-935-8725 x. 113

Carolyn Mitchell
23-27 West 119th St. #48
New York, N.Y. 10026

April 1, 2008

Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: Charlie Watts
Indictment No. S2 07 Cr.872 (RPP)

Dear Judge Patterson:

My name is Carolyn Mitchell and I am a home attendant for senior citizens. I have 3 children, Latoya, James and Ralph. I also have an 8 year old grand-daughter Jaylynn. I have been a home attendant for over 10 years and I love what I do.

I have known Charlie since he was born; his mom and I were friends as well as neighbors. I watched him grow and mature into a responsible and respectable young man. We became very close when he started dating my daughter Latoya. Charlie has been a blessing to me and my family right from the beginning.

Charlie and my eldest son are very close. He's not only his friend but he's his mentor and someone he looks up to. A couple of years ago my son had gotten himself into some trouble with the law and Charlie was the first person to be notified. He told me what happened and I was distraught and upset. The last thing any mother wants to her is that he child has been arrested. Charlie comforted me and took me to the precinct to see what was going on with my son. He was there every step of the way, court dates bond money, he did everything. I was so glad he was there. Long story short he got us through it. Once it was all over he began to really be hard on my son and made sure he stayed out of trouble. He has not been in trouble since. I really thank God for Charlie and the relationship he has with my son.

What I admire most about Charlie is his very close relationship with my grand-daughter, Jaylynn. He is more of a father to her then her own father. He stepped in and picked up where he left off. He is an awesome dad. My daughter works 6am-2pm so she can't take Jaylynn to school. Charlie gets up early, gets her dress, drops her off at the bus stop, takes his sons to school and makes it back in time to go to school. After school he picks her up, feeds her and make sure she does all of her homework. Since he has been gone my son and I have had to take his place. My grand-daughter has had to move in with me so her mom can keep her job. Though it's no burden to me it's taking a toll on her. My grad-daughter really misses her home, her dad and her way of life

The relationship that he and my daughter have is a sight to see. She has never been happier than she is when she's with him. He loves her just as much if not more. It has been tough on her as well. I see the change in her. It's hard for me as her mother to see her in pain and be helpless. Since he's been away we've corresponded. In one of his letters he asked me for my daughter's hand in marriage, I said yes sod course. I am truly proud to call him my son-in-law. I can't wait for them to start there lives together.

Tab # 33

I love Charlie very much and I am honored just to be able to write theses things to you. Though he's young he's wise beyond his years. He's a great guy, good father, and the only man I trust with my daughter. I'm looking forward to having him as a son-in-law and to just have him home. I pray that this letter can attest to his character and the type of man he really is.

Respectfully Yours,

Carolyn Mitchell